FILED
MAY 1 8 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MICHELE TOWNSEND, on behalf § 
of herself and others similarly situated, §
§
*Plaintiff*, §
§  No. SA-17-cv-00552-OLG
v. §
§
CENTRAL PONY EXPRESS, INC., §
§
*Defendant*. §
§

## ORDER

In accordance with the Joint Stipulation of Dismissal With Prejudice filed by Plaintiff Michele Townsend and Defendant Central Pony Express, Inc. (*see* docket no. 28), it is hereby ORDERED that this action be DISMISSED WITH PREJUDICE. Each party shall be responsible for its own respective costs and fees incurred as a result of this action.

SIGNED this \_\_ day of May, 2018.

_____
Orlando L. Garcia
Chief United States District Judge

1